· PSI Report

For William T. Moore, Sentencing Judge - Case 419-0118 - Objections
Motion To Dismiss 2 of 4 counts   "Relevant Conduct"

1. The U.S. Attorney, Michael Solis, initially chose not to indict count one, "Threatening Former Federal Official" based on the recommendation of F.B.I. agent Douglas Dye after January 7 interview, following telephone call January 6. Legislature says he had 90 days to indict. He then made two charges out of one letter, "Threatening Federal Official" and "Mailing Threatening Communications". He should not be allowed to reindict 6 months later or to make 2 charges out of 1 letter, thus only one count, not three, should be used under "Relevant Conduct". I would have made this motion at the December 3 plea hearing if my attorney Walter Toner had told me my sentencing guideline would be raised due to this issue.

2. The social security administration has declared me mentally disabled from work, but I could not find a place of refuge to wait out the necessary process to get back the benefits and housing I had when I first went to prison. My suicide attempts were disrupted by American citizens which is why I asked Magistrate Judge G.R. Smith to grant me a passport to go to a country where they don't interfere with suicide and many countries don't. My request for the passport was denied.

3. Walter Toner should not be allowed to practice law. I do all the work so I should be paid, then I could pay the assessment fee.

Again, only one other count should be used under "Relevant Conduct".

Submitted this day
December 10, 2019

For Federal Sentencing Judge                                    8-26-2019
Response to Federal Indictment 8-9-2019
Count One - Threatening Former Federal Official With Intent To Retaliate Against WK On Account For The Performance Of His Official Duties
Plea - Not Guilty - William Kirk Connell was the only name I knew with the F.B.I. I used his name so I could have someone to threaten so I could get indicted, so I could get out of Georgia Regional Hospital. I was not retaliating against him for anything. He has never done anything to me, so there was nothing to retaliate for. This is what I told F.B.I. agent Dye in the January 7 interview.
Count Two - Threatening A Federal Official With Intent To Interfere, Intimidate TH While He Was Engaged In The Performance Of His Official Duties.
Plea - Not Guilty - Ted Hertzberger was the only name I knew with the U.S. Attorneys office. I used his name so I could have someone to threaten, so I could get indicted so I could get off the streets because I am still homeless. I was not trying to interfere with his duties. I was only trying to motivate him to indict me. This is what I told F.B.I. agent Dye in the August 5 interview.
Count Three - Threatening Communications By Mailing - Depositing a letter in the mail containing a threat to injure TH.
Plea - Guilty - Because there is no requirement for intent.
Count Four - Threatening A Federal Official With Intent To Interfere, Intimidate A U.S. Attorney While He Was Engaged In The Performance Of His Duties.
Plea - Not Guilty - Same as Count Two. I had intended to send only one letter but I was not hearing back from anyone about it so I sent another one. In 2007 and 2009 I was indicted and arrested in less than a week. As I wondered why it was taking so long I thought I was being ignored. The U.S. Attorney initially decided not to indict count one in January and made two charges out of one letter.

                                                            Kent Crawford
                                                            CR 419-0118

Kent Crawford
Chatham County Detention Center
1050 Carl Griffen Drive
Savannah, Georgia, 31405

16 DEC 2019 PM 1

The Honorable William T. Moore
Federal Building
100 Bull Street
Savannah, Georgia, 31412

31401-337399



Chatham County Sheriff's Complex

...is ...led ... ...
...d in this correctional facility. T...
administration has not reviewed the contents.