12-26-19

To The Honorable William T. Moore

    Based on the letter I received from Attorney Toner, dated December 3, I have the right to a court hearing in reference to my PSI report.

    Go ahead and schedule me for this hearing.

                          Kent Crawford
                           CR-419-0118



FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 JAN -9 PM 2:37
CLERK_____
SO. DIST. OF GA.

Kent Crawford
Chatham County Detention Center
1050 Carl Griffen Drive
Savannah, Georgia, 31405



JACKSONVILLE AL 320
06 JAN 2020 PM 3
FOREVER USA
Barn Swallow

U.S. Marshals Service
Savannah Georgia

RECEIVED

The Honorable William T. Moore
Federal Building
100 Bull Street
Savannah, Georgia, 31412

31401$3373 C003

**Chatham County Sheriff's Complex**
This letter is being mailed by an inmate housed in this correctional facility. The administration has not reviewed the contents.

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016